UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

**07 CV  6283**

~~NOTICE FOR REMOVAL~~ JUDGE BRIEANT

PAMELA KERKER,

                  Plaintiff,

      - against -

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK,

                 Defendant.
--------------------------------------------------------------X

      Defendant National Railroad Passenger Corporation ("Amtrak"), through its attorneys,

Landman Corsi Ballaine & Ford P.C., respectfully states upon information and belief:

      1.      On June 19, 2007, defendant received the Summons and Verified Complaint in this

action which is currently pending in the Supreme Court of the State of New York, Dutchess County.

A copy of the Summons and Verified Complaint is annexed hereto as Exhibit A.  This constitutes

all prior pleadings/orders served upon defendant to date.

      2.      According to the Verified Complaint, on June 29, 2006, plaintiff Pamela Kerker

allegedly sustained personal injuries at the premises known as Rhinecliff Station located in Dutchess

County, New York.

      3.      Amtrak is removing this action because defendant Amtrak was created by an Act of

Congress, 49 U.S.C. § 24101, et seq., and more than one-half its capital stock is owned by the United

States.  Thus, the above-described action is a civil  action of which this Court has original

jurisdiction under the provisions of Title 28, U.S.C. §§ 1331 and 1349 and is one which may be

removed to this Court by the defendant therein, pursuant to the provisions of Title 28, U.S.C. § 1441.

      WHEREFORE, defendant Amtrak prays that the action now pending against it in the

Supreme Court of the State of New York in and for the County of Dutchess be removed therefrom

to this Court.

Dated:      New York, New York
            July 9, 2007

                              Respectfully submitted,

                              LANDMAN CORSI BALLAINE & FORD P.C.

            By:   _____
                              Mark S. Landman (ML 7654)
                              Attorneys for Defendant Amtrak
                              120 Broadway, 27th Floor
                              New York, New York 10271-0079
                              (212) 238-4800