UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PAMELA KERKER,

       Plaintiff,

  -against-                                     **NOTICE OF APPEARANCE**

NATIONAL RAILROAD PASSENGER        07 CV 6283 (J. BRIEANT)
CORPORATION d/b/a AMTRAK,

       Defendant.
------------------------------------------------------X

     **PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak, the undersigned attorney will appear as counsel of record.

     **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:    New York, New York
           October 15, 2007

                                          Respectfully submitted,

                                          **LANDMAN CORSI BALLAINE & FORD P.C.**

                                          Joel A. Padilla (JP 1414)
                                          Attorneys for Defendant Amtrak
                                          120 Broadway, 27th Floor
                                          New York, New York  10271-0079
                                          (212) 238-4800

TO:     HELEN F. DALTON & ASSOCIATES, P.C.
          Attorneys for Plaintiff
          69-12 Austin Street
          Forest Hills, New York 11375
          (718) 263-9591

449874.1 DocsNY