UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PAMELA KERKER,

       Plaintiff,

   -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

       Defendant.
-------------------------------------------------------X

**STIPULATION**

07 CV 6283 (J. BRIEANT)

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their undersigned attorneys, as follows:

    1.    Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") hereby acknowledges receipt of the original notice of claim, but states that plaintiff is not required to file a notice of claim against Amtrak; and

    2.    Plaintiff hereby withdraws her Motion for Leave to File Late Notice of Claim as moot.

Dated: New York, New York
       October 11, 2007

_____
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
69-12 Austin Street
Forest Hills, New York 11375
(718) 263-9591

_____
Joel Padilla
Landman Corsi Ballaine & Ford, P.C.
Attorneys for Defendant
New York, NY 10271
(212) 238-4800

So Ordered: _____
               U.S.D.J.

Dated:_____

449777.1 DocsNY