SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF
-----------------------------------------------------------------X
PAMELA KERKER,

                        Plaintiffs,

      - Against -

NATIONAL RAILROAD PASSENGER CORP. -
AMTRAK

                        Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE** & order

Index No.: 07 CV 6283

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:     FOREST HILLS, NY
               January 31, 2008

_____
HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEY(S) FOR PLAINTIFF(S)
PAMELA KERKER
69-12 AUSTIN STREET
FOREST HILLS, NY 11375
(718) 263-9591
Our File No. 27-E001

_____
LANDMAN, CORSI, BALLAINE &
FORD, PC
ATTORNEY(S) FOR DEFENDANT(S)
NATIONAL RAILROAD PASSENGER
CORPORATION - AMTRAK
120 Broadway
27th Fl
NY, NY 10271-0079

So ordered: February 11, 2008

_____
Charles Brieant
USDJ